IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JAMES JETT | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-cv-2976 |
| | ) |
| | ) |
| ISS FACILITY SERVICES, INC | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343 and Age Discrimination in Employment Act of 1967.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on September 18, 2020.

**PARTIES**

3. Plaintiff is an African-American male and at all relevant times he resided in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff began working for the Defendant in October 2016.

6. Plaintiff was hired as a HVAC Technician.

7. Plaintiff performed his job well.

8. During Plaintiff's employment, he believed he was being treated differently due to his age and race.

9. Plaintiff complained to his supervisor, ISS Facility Manager, that Plaintiff believed he was being treated differently due to his age.

10. At one point, Defendant informed other employees that Plaintiff was retiring, even though he was not retiring. Defendant informed Plaintiff that management was joking when the announcement was made.

11. Plaintiff contacted Defendant's Human Resource and Account Manager to further report discrimination that Plaintiff believed he was experiencing.

12. Plaintiff was suspended after reporting discrimination to Defendant's Human Resource Manager and Account Manager.

13. Plaintiff was allegedly suspended and terminated for a "lock-out, tag-out" violation. However, this violation never happened.

14. A similarly situated Caucasian employee failed to conduct "lock-out, tag-out"; however, they were not terminated.

15. Plaintiff was subjected to racial comments during his employment from other employees and management.

16. A similarly situated Caucasian employee engaged in conduct of comparable seriousness, but they have not been terminated.

17. In 2018, the Caucasian electrician and the Caucasian generalists were promoted to positions that were not posted.

18. The Caucasian electrician and the Caucasian generalists have less experience and seniority than Plaintiff.

19. Plaintiff complained to Defendants Account Manager that the Caucasian electrician was promoted to a position that was not posted and he was being treated more favorably than the Plaintiff.

20. Plaintiff was terminated due to his race.

21. Plaintiff was terminated due to his age.

22. Plaintiff was terminated for engaging in protected activity.

23. Plaintiff was not promoted due to his race.

## COUNT I

24. Plaintiff incorporates by reference paragraphs 1-23.

25. Defendant, as a result of terminating Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT II

26. Plaintiff incorporates by reference paragraphs 1-23.

27. Defendant, as a result of terminating Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

28. Plaintiff incorporates by reference paragraphs 1-23.

29. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT IV

30. Plaintiff incorporates by reference paragraphs 1-23.

31. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated 42 U.S.C. § 1981.

## COUNT V

32. Plaintiff incorporates by reference paragraphs 1-23.

33. Defendant, as a result of not promoting Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT VI

34. Plaintiff incorporates by reference paragraphs 1-23.

35. Defendant, as a result of not promoting Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT VII

36. Plaintiff incorporates by reference paragraphs 1-23.

37. Defendant, as a result of terminating Plaintiff due to his age, violated Age Discrimination in Employment Act of 1967.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D.  Award Plaintiff her cost in this action and reasonable attorney fees;

E.  Grant Plaintiff any other relief which is allowable under the circumstances of this case.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd #31235-49
        Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

        Respectfully Submitted

        s//Amber K. Boyd
        Amber K. Boyd #31235-49
        Attorney for Plaintiff

Amber K. Boyd #31235-49
Amber Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416