UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES JETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 1:20-cv-02976-JMS-DLP ) ) |
| ISS FACILITY SERVICES, INC., | ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

The Court, having considered the *Stipulation of Dismissal With Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs [82].

Date: 7/15/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:
All counsel of record.